IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN CARMAN,

    Plaintiff,

v.                        CASE NO. 1:07-cv-00210-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 21, Notice of Appeal of the Order at Doc. 19, which adopted the Report and Recommendation and affirmed the decision to deny benefits. Under Fed. R. App. P. 24(1), a party seeking to proceed *in forma pauperis* on appeal must file a motion with the district court, including an affidavit listing the information set out in Fed. R. App. P. 24(a)(1)(A)-(C). The plaintiff has done so. However, the Court, under Fed. R. App. P. 24(a)(4) may certify that the appeal is not taken in good faith and for that reason deny the motion to proceed *in forma pauperis*.

As set out in the order at doc. 19, all of Claimant's treating physicians indicated that he was capable of light work. Thus, substantial evidence existed to support the denial of benefits. Accordingly, the Court hereby certifies that the appeal is not taken in good faith. The motion to proceed *in forma pauperis* on appeal (doc. 22) is denied.

**DONE AND ORDERED** this *23rd* day of March, 2009

                                          *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge